UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN HEDGES,   CASE NO.: 2:23-cv-00015-SPC-KCD

    Plaintiff,

v.

USAA CASUALTY INSURNACE COMPANY,

    Defendant.
_____/

**MEDIATOR'S REPORT**

    The undersigned Mediator hereby notifies the Court of the disposition of this matter following mediation:

**Disposition:**

| | |
|---|---|
|   xx   | The matter was resolved at Mediation on March 28, 2024. |
| _____ | The conflict has been partially resolved; some issues require court resolution |
| _____ | The parties have reached no agreement |
| _____ | The mediation has been continued until _____ at _____ a.m./p.m. for further mediation |
| _____ | Recessed until further action by parties |

                                                        */s/ Steven G. Koeppel*
                                                       Steven G. Koeppel
                                                       Certification No. 13292R
                                                       Florida Bar No. 602851
                                                       5268 Summerlin Commons Way, Suite 504
                                                        Fort Myers, FL 33907
                                                        (239) 337-4343

Copies to:
Counsel of Record