IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN HEDGES,

    Plaintiff,

v.      CASE NO. 2:23:cv-15-SPC-KCD

USAA CASUALTY INSURANCE COMPANY,

    Defendant.
_____

## NOTICE OF SETTLEMENT

Plaintiff, JEAN HEDGES, in accordance with Local Rule 3.09(a), hereby provides immediate notice of the parties' resolution of this action.

The parties are currently finalizing the agreement. Once the written agreement is finalized, the parties will notify the Court. Plaintiff is also attempting to resolve the claim of lien. Once resolved, Plaintiff will notify the court or otherwise file an appropriate motion to place the matter before the Court.

## CERTIFICATE OF SERVICE

PLAINTIFF'S COUNSEL CERTIFIES that on April 3, 2024, a true and correct copy of this notice was filed electronically with the Clerk of Court using CM/ECF, so that notice will be sent to all counsel of record.

    /s/ Anthony D. Martino
    Anthony D. Martino, Esquire
    Florida Bar No. 012031
    OLDER LUNDY KOCH & MARTINO
    1000 W. Cass St.
    Tampa, Fl. 33606
    Tel No: (813) 254-8998
    Fax No: (813) 839-4411
    amartino@olderlundylaw.com
    *Attorneys for Plaintiff*